UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT REYES, JR.,

          Petitioner,

v.                                Case No:  6:21-cv-431-JA-DCI

SECRETARY, DEPARTMENT OF
CORRECTIONS and ATTORNEY
GENERAL, STATE OF FLORIDA,

          Respondents.
_____/

## ORDER

This cause is before the Court on the Petition for Writ of Habeas Corpus ("Petition," Doc. 1) filed by Robert Reyes, Jr.[1]

Petitioner previously filed case number 6:12-cv-334-Orl-19-GJK which attacked the same 2005 convictions and sentences that Petitioner challenges in the present case. That case was dismissed with prejudice on April 16, 2013. Thus, the Petition is a second or successive application.

_____

[1] Although Petitioner labels the Petition as a Petition for Writ of Habeas Corpus Ad Subjiciendum Extraordinary, a petition filed by a person restrained by a state conviction is governed by 28 U.S.C. § 2254. Petitioner may not circumvent the requirements of § 2254 by labeling his petition in a different manner. *See Medberry v. Crosby*, 351 F.3d 1049, 1054, 1062 (11th Cir. 2003); *McDowell Bey v. Sec'y, Dep't of Corr.*, No. 8:16-cv-1432-T-23TGW, 2016 WL 4620197, at *1 (M.D. Fla. Sept. 6, 2016). Therefore, the Court will construe the Petition as one filed pursuant to 28 U.S.C. § 2254.

Before Petitioner will be permitted to file a second or successive habeas corpus application in this Court, he must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the application.  *See* 28 U.S.C. § 2244(b)(3)(A).  Consequently, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Petitioner should be aware that § 2244(b)(2) limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive habeas corpus petition.  Furthermore, 28 U.S.C. § 2244(d) imposes a time-limitation on the filing of a habeas corpus petition. Petitioner, in seeking relief in the Court of Appeals, should be cognizant of these provisions.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.    The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** without prejudice.

2.    This case is **DISMISSED** without prejudice.

3.    The Clerk of the Court is directed to close this case and to send Petitioner an "Application for Leave to File a Second or Successive Habeas

2

Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.

**DONE** and **ORDERED** in Orlando, Florida on March 12, 2021.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party

3